IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CELL FILM HOLDINGS, LLC,     )
     )
        Plaintiff,     )
     )
     v.     )     1:16-CV-1216
     )
DOES 1-2,     )
     )
        Defendants.     )

## ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE DEFENDANTS

Plaintiff, ME2 Productions, Inc., has, by counsel and pursuant to FED.R.CIV.P. 4(m) and 6(b), filed a Motion to Extend Time to Serve Defendants. Doc. 10. Upon review of the Motion, it appears that the time for Plaintiff to serve Defendants has not expired and Plaintiff has stated good cause for the extension.

**IT IS THEREFORE ORDERED** that the Motion to Extend Time to Serve Defendants is granted and that Plaintiff is granted an additional period of time, to and including February 8, 2017, to serve Defendants, pursuant to FED.R.CIV.P. 4.

This the 12th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE